UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARU-AWA MERCHANDISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAYAH COLLECTIONS, INC., dba Legends4Life.com, <br><br> Defendant. | Civil No. 05-CV2178-L(WMc) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiff filed a complaint in the above-captioned case alleging trademark infringement against defendants Yong Chan Chong, an individual dba Dress Code, and Mayah Collections, Inc. dba Legends4Life.com. Plaintiff voluntarily dismissed defendant Yong Chan Chong with prejudice on April 13, 2006 [doc. #7]. Default was entered as to Mayah Collections on April 12, 2006 [doc. #6]. Since April 13, 2006, plaintiff has taken no other action, *i.e.,* it did not seek entry of default. Under Civil Local Rule 55.1 provides that "[i]f plaintiff(s) fail(s) to move for default judgment within thirty (30) days of the entry of a default, the clerk shall prepare, with notice, an order to show cause why the complaint against the defaulted party should not be dismissed."

Moreover, the court may dismiss the action for want of prosecution pursuant to Civil Local Rule 41.1 which provides that "[a]ctions or proceedings which have been pending in this

court for more than six months, without any proceedings or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution, at the calling of a calendar prepared for that purpose by the court." The Court set an order to show cause hearing for October 16, 2006 at 10:30 a.m. Neither party appeared at the hearing.

Good cause appearing, **IT IS ORDERED** dismissing the above-captioned case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

DATED: October 16, 2006

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, Jr.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL